Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff:
ANTHONY JAMES BOUYER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES RUTHERFORD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO'S MEXICAN FOOD IN SBND, INC., a California corporation; HECTOR M. NAVARRO and MARIA E. NAVARRO, individually and as cotrustees of the HECTOR M. NAVARRO AND MARIA E. NAVARRO COMMUNITY PROPERTY TRUST DATED MAY 15, 2019; HECTOR M. NAVARRO, individually and as trustee of the HECTOR M. NAVARRO SEPARATE PROPERTY TRUST, DATED MAY 15, 2019; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-02202-AB-MAA <br><br> Hon. Sunshine S. Sykes <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Complaint Filed: March 23, 2021 <br> Trial Date: May 22, 2023 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

JOINT NOTICE OF SETTLEMENT

1

Plaintiff, JAMES RUTHERFORD, and Defendants, ALBERTO'S MEXICAN FOOD IN SBND, INC., HECTOR NAVARRO and MARIA E. NAVARRO (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: February 15, 2023           **MANNING LAW, APC**

                                   By:   */s/ Joseph R. Manning, Jr. Esq.*
                                         Joseph R. Manning, Jr., Esq.
                                         Attorneys for Plaintiff,
                                         Anthony Bouyer

Dated: February 15, 2023           **LAW OFFICE OF MANSFIELD COLLINS**

                                   By:   */s/ Mansfield Collins, Esq.*
                                         Mansfeild Collins
                                         Attorney for Defendants

## CERTIFICATE OF SERVICE

I certify that on February 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                                   Respectfully submitted,

Dated: February 15, 2023           **MANNING LAW, APC**

                                   By:   */s/ Joseph R. Manning, Jr. Esq.*
                                         Joseph R. Manning, Jr., Esq.
                                         Attorneys for Plaintiff
                                         Carmen John Perri